■ NWE CORP. et al., Appellants, v ATOMIC RISK MANAGEMENT OF NEW YORK, INC., Also Known as A.R.M. OF NEW YORK INSURANCE, et al., Respondents. [848 NYS2d 878]—Order, Supreme Court, New York County (Barbara R. Kapnick, J.), entered on or about April 13, 2007, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

Plaintiffs failed to raise an inference either that they specifically requested greater coverage than that obtained by defendants or that their relationship with defendants imposed on the latter a duty to advise them to obtain additional coverage (*see Hoffend & Sons, Inc. v Rose & Kiernan, Inc.*, 7 NY3d 152 [2006]).

Plaintiffs' remaining contentions are unavailing. Concur—Mazzarelli, J.P., Andrias, Catterson and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT HURLEY, Appellant. [848 NYS2d 879]—Appeal from order, Supreme Court, New York County (Charles J. Tejada, J.), entered on or about October 17, 2005, which denied defendant's motion for a subpoena duces tecum, unanimously dismissed as taken from a nonappealable order.

Since defendant filed his motion in Supreme Court, Criminal Term and the motion was related to his completed criminal action (a conviction in 1989), the order arose out of a criminal proceeding (*see* CPL 1.20 [18] [b]), and "no appeal lies from an order arising out of a criminal proceeding absent specific statutory authorization" (*People v Santos*, 64 NY2d 702, 704 [1984]; *see also People v Stevens*, 91 NY2d 270, 277 [1998]). Nothing in CPL article 450 authorizes an appeal from an order denying a motion for a subpoena duces tecum. Concur—Mazzarelli, J.P., Andrias, Catterson and McGuire, JJ.